IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Steven Wells, ) | |
| ) | Case No 08 C 598 |
| Plaintiff, ) | |
| ) | Judge Shadur |
| v. ) | |
| ) | Magistrate Judge Mason |
| City of Chicago, Illinois, Chicago Police Officer ) | |
| Lionel Piper, Star No. 14650, Chicago Police ) | Jury trial Demanded |
| Officer West, Star No. 8589, and Chicago ) | |
| Police Officer Brown, Star No, 19615, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT OFFICERS' UNOPPSED MOTION TO**
**EXTEND TIME TO ANSWER OR OTHERWISE PLEAD**

Defendants, Chicago Police Officers Piper, West and Brown ("Defendant Officers"), by and through one of their attorneys, Matthew R. Hader, Assistant Corporation Counsel for the City of Chicago, respectfully requests this Honorable Court to enlarge the time, up to and including March 26, 2008, in which to answer or otherwise plead to the Complaint. In support of this motion, Defendants state:

1. This matter was filed by the Plaintiff on January 28, 2008.

2. Summons and Complaint were served on each of the Defendant Officers on February 5, 2008.

3. The undersigned filed an appearance for the Defendant Officers on this day, February 22, 2008.

4. Defendant Officers' Answer or other responsive pleading is due on or about February 26, 2008.

5. The undersigned has not yet been able to review materials pertinent to the allegations in order to be able to file an Answer or other responsive pleading. Nor has the undersigned been able to meet with the defendants to discuss the Complaint or a responsive pleading.

6. The Defendant Officers request that the time to answer or file a responsive pleading to the Complaint be extended up to and including March 26, 2008.

7. This motion is Defendant Officers' first request for an extension of time to answer or otherwise plead. Such a request is not intended to unduly delay the resolution of the disputed issues.

8. On this day, February 22, 2008, the undersigned contact counsel for the plaintiff, Katie Z Ehrmin. At that time, counsel for the plaintiff indicated that she did not oppose this motion.

**WHEREFORE**, Defendant Officers, respectfully requests that they be given until March 26, 2008, to answer or otherwise plead to plaintiffs' Complaint.

Respectfully submitted,

 s/ Matthew R. Hader_____
MATTHEW R. HADER
Assistant Corporation Counsel

30 North La Salle Street
Suite 1400
Chicago, Illinois 60602
(312) 742-9586
matt.hader@cityofchicago.org
Atty. No. 06284330

2

**CERTIFICATE OF SERVICE**

I, Matthew R. Hader, hereby certify that I have caused a true and correct copy of the above and foregoing **NOTICE OF UNOPPOSED MOTION** and **DEFENDANT OFFICERS' UNOPPOSED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD,** to be sent via e-filing to the person(s) named in the foregoing Notice, a "Filing User" pursuant to Case Management/Electronic Case Files, on February 22, 2008, in accordance with the rules on electronic filing of documents.

    s/ Matthew R. Hader  
MATTHEW R. HADER  
Assistant Corporation Counsel