IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Steven Wells,                                     )<br>                                                         )<br>         Plaintiff,                              )<br>                                                         )<br>    v.                                               )<br>                                                         )<br>City of Chicago, Illinois, Chicago Police Officer )<br>Lionel Piper, Star No. 14650, Chicago Police  )<br>Officer West, Star No. 8589, and Chicago    )<br>Police Officer Brown, Star No, 19615,         )<br>                                                         )<br>         Defendants.                          ) | Case No 08 C 598<br><br>Judge Shadur<br><br>Magistrate Judge Mason<br><br>Jury trial Demanded |

### NOTICE OF UNOPPOSED MOTION

TO:   Jeffrey B. Granich & Katie Ehrmin
       Law Offices of Jeffrey B. Granich
       53 W. Jackson Blvd., Suite 840
       Chicago, IL  606040
       (312) 939-9009

   **PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT OFFICERS' UNOPPSED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD,** a copy of which is attached hereto and herewith served upon you.

   **PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Shadur, or before such other Judge sitting in his place or stead, on the 29th day of February, 2008, at 9:15 a.m., or as soon thereafter as counsel may be heard and then and there present the attached Motion.

   **DATED** at Chicago, Illinois this 22nd day of February, 2008.

                                                            Respectfully Submitted,

                                                             s/ Matthew R. Hader
                                                            MATTHEW R. HADER
                                                            Assistant Corporation Counsel

30 North La Salle St., Ste. 1400
Chicago, Illinois 60602
312.742.9586
Atty. No. 06284330