UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STEVEN WELLS, ) | |
| ) | Casae No. 08 C 598 |
| Plaintiff, ) | |
| ) | Judge Shadur |
| vs. ) | |
| ) | Magistrate Judge Mason |
| CITY OF CHICAGO, ILLINOIS ) | |
| CHICAGO POLICE OFFICER ) | JURY TRIAL DEMANDED |
| LIONEL PIPER, Star No. 14650, ) | |
| CHICAGO POLICE OFFICER ) | |
| WEST, Star No. 8589, and ) | |
| CHICAGO POLICE OFFICER ) | |
| BROWN, Star No. 19615, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF FILING**

TO:   Jeffrey B. Granich & Katie Ehrmin
Law Offices of Jeffrey B. Granich
53 W. Jackson Blvd.
Suite 840
Chicago, IL  60604
(312) 939-9009

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS' ANSWER, DEFENSES AND JURY DEMAND TO PLAINTIFF'S COMPLAINT,** a copy of which is attached hereto and herewith served upon you.

**DATED** at Chicago, Illinois this 26th day of March, 2008.

Respectfully submitted,

  s/ Matthew R. Hader
MATTHEW R. HADER
Assistant Corporation Counsel

30 North La Salle St., Ste. 1400
Chicago, Illinois  60602
312.742.9586
Atty. No. 06284330
matt.hader@cityofchicago.org