IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Steven Wells, | ) | |
| | ) | Case No 08 C 598 |
| Plaintiff, | ) | |
| | ) | Judge Shadur |
| v. | ) | |
| | ) | Magistrate Judge Mason |
| City of Chicago, Illinois, Chicago Police Officer | ) | |
| Lionel Piper, Star No. 14650, Chicago Police | ) | |
| Officer West, Star No. 8589, and Chicago | ) | |
| Police Officer Brown, Star No, 19615, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF MOTION

TO:  Jeffrey B. Granich & Katie Ehrmin
Law Offices of Jeffrey B. Granich
53 W. Jackson Blvd., Suite 840
Chicago, IL  606040
(312) 939-9009

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT OFFICERS' MOTION FOR ENTRY OF ORDER,** a copy of which is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Shadur, or before such other Judge sitting in his place or stead, on the 3rd day of April, 2008, at 9:15 a.m., or as soon thereafter as counsel may be heard and then and there present the attached Motion.

**DATED** at Chicago, Illinois this 31st day of March, 2008.

Respectfully Submitted,

 s/ Matthew R. Hader
MATTHEW R. HADER
Assistant Corporation Counsel

30 North La Salle St., Ste. 1400
Chicago, Illinois 60602
312.742.9586
matt.hader@cityofchicago.org
Atty. No. 06284330