# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 598 | **DATE** | 4/3/2008 |
| **CASE TITLE** | Steven Wells vs. City of Chicago, et al | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Defendant's motion for an order is granted. (20-1) Enter Order. The Cook County State's Attorney's Office is hereby ordered to release to a sworn member of the Chicago Police Department, upon presentment of this order, those firearms identified by Chicago Police Department inventory numbers 10684179 and 10684197.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | SN |
|---|---|---|