

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| Steven Wells, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>City of Chicago, Illinois, Chicago Police Officer )<br>Lionel Piper, Star No. 14650, Chicago Police )<br>Officer West, Star No. 8589, and Chicago )<br>Police Officer Brown, Star No, 19615, )<br>)<br>Defendants. ) | Case No 08 C 598<br><br>Judge Shadur<br><br>Magistrate Judge Mason |

## ORDER

The Cook County State's Attorney's Office is hereby ordered to release to a sworn member of the Chicago Police Department, upon presentment of this order, those firearms identified by Chicago Police Department inventory numbers 10684179 and 10684197.

Said member of the Chicago Police Department shall then immediately transfer those firearms to the Evidence and Recovered Property Section (E.R.P.S.) of the Chicago Police Department. E.R.P.S. shall then preserve these items until the final disposition of this civil matter.

Entered by: _____
Judge Milton Shadur
United States District Court
Northern District of Illinois

Date: April 3, 2008