**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **STEVEN WELLS,** | ) | |
| | ) | **No. 08 C 598** |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Judge Shadur** |
| | ) | |
| **CITY OF CHICAGO, ILLINOIS,** | ) | |
| **CHICAGO POLICE OFFICER** | ) | **Magistrate Judge Mason** |
| **LIONEL PIPER, Star No. 14650,** | ) | |
| **CHICAGO POLICE OFFICER WEST,** | ) | |
| **Star No. 8589, and CHICAGO POLICE** | ) | |
| **OFFICER BROWN, Star No. 19615,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**<u>DEFENDANT CITY OF CHICAGO'S CERTIFICATION OF INDEMNIFICATION</u>**

Defendant, City of Chicago ("City"), by its attorney Mara S. Georges, Corporation

Counsel, submits this Certification of Indemnification, whereby the City of Chicago agrees to

indemnify the individual defendant Chicago police officers for any judgment of compensatory

damages that may be entered against them in this case.

Respectfully submitted,

MARA S. GEORGES
Corporation Counsel of the City of Chicago

BY:    *<u>/s/ Meghan K. Kennedy</u>*
Assistant Corporation Counsel

30 North LaSalle Street - Suite 1020
Chicago, Illinois 60602
312.744.9653
Atty. No. 6283230