IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **STEVEN WELLS,** | ) | |
| | ) | No. 08 C 598 |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | Judge Shadur |
| | ) | |
| **CITY OF CHICAGO, ILLINOIS,** | ) | |
| **CHICAGO POLICE OFFICER** | ) | Magistrate Judge Mason |
| **LIONEL PIPER, Star No. 14650,** | ) | |
| **CHICAGO POLICE OFFICER WEST,** | ) | |
| **Star No. 8589, and CHICAGO POLICE** | ) | |
| **OFFICER BROWN, Star No. 19615,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**NOTICE OF FILING AND CERTIFICATE OF SERVICE**

TO:  Jeffrey B. Granich                                    Matthew Hader
     Katie Z. Ehrmin                                       City of Chicago Law Department
     Law Offices of Jeffrey B. Granich                     30 North LaSalle Street, Suite 1400
     53 West Jackson Boulevard, Suite 840                  Chicago, Illinois 60602
     Chicago, Illinois  60604

**PLEASE TAKE NOTICE** that on May 6, 2008, I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT CITY OF CHICAGO'S CERTIFICATION OF INDEMNIFICATION**, a copy of which is attached hereto.

I hereby certify that I have served this notice and the attached document by electronic means to the persons named above at the addresses shown this 6th day of May, 2008.

                                              **/s/ Meghan K. Kennedy**
                                              Assistant Corporation Counsel

30 North LaSalle Street
Suite 1020
Chicago, Illinois 60602
(312) 744-9653
Attorney No. 06283230