Order Form (01/2005)

# United States District Court, Northern District of Illinois



| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 598 | **DATE** | 5/8/2008 |
| **CASE TITLE** | Steven Wells vs. City of Chicago | | |

**DOCKET ENTRY TEXT**

Enter Memorandum Opinion and Order. Just after it had completed the attached memorandum order in <u>Scott v. City of Chicago,</u> for issuance today, this Court received in chambers the courtesy copies of identical "Certification of Indemnification" forms in each of the above-captioned cases. Just as was true in <u>Scott</u>, those undertakings fall short as potential predicates for mooting the plaintiff's 42 U.S.C. § 1983 claims against the City of Chicago. (Attachment)

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | SN |
|---|---|---|