IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| STEVEN WELLS, | ) | |
| | ) | No. 08 C 598 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Judge Shadur |
| | ) | |
| CITY OF CHICAGO, ILLINOIS, | ) | |
| CHICAGO POLICE OFFICER | ) | Magistrate Judge Mason |
| LIONEL PIPER, Star No. 14650, | ) | |
| CHICAGO POLICE OFFICER WEST, | ) | |
| Star No. 8589, and CHICAGO POLICE | ) | |
| OFFICER BROWN, Star No. 19615, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

To:   Jeffrey B. Granich
      Katie Z. Ehrmin
      Law Offices of Jeffrey B. Granich
      53 West Jackson Boulevard, Suite 840
      Chicago, Illinois  60604

**PLEASE TAKE NOTICE** that on May 21, 2008, Defendant, City of Chicago, filed its **MOTION TO STAY *MONELL* DISCOVERY AND FOR ENTRY OF CERTIFICATION OF INDEMNIFICATION** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, a copy of which is herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Shadur, or before such other judge sitting in his place, on the 23rd day of May, 2008, at 9:15 a.m., or as soon thereafter as counsel may be heard, and then and there present the attached motion.

I hereby certify that I have served this notice and the attached document by electronic means to the person(s) named above at the address(es) shown this 21st day of May, 2008.

/s/ *Meghan K. Kennedy*
Assistant Corporation Counsel

30 North LaSalle Street
Suite 1020
Chicago, Illinois 60602
312.744.9653
Atty. No. 6283230