UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Steven Wells
                    Plaintiff,

v.                                              Case No.: 1:08−cv−00598
                                                Honorable Milton I. Shadur

City of Chicago, et al.
                    Defendant.


NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Friday, May 23, 2008:

    MINUTE entry before the Honorable Milton I. Shadur:Defendant's Motion to stay Monell discovery [33] is granted. Motion hearing held on 5/23/2008.Mailed notice(srn, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.