IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STEVEN WELLS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 08 C 598 |
| ) | |
| CHICAGO POLICE OFFICERS LIONEL ) | Judge Shadur |
| PIPER (#14650), JEFFREY WEST (#8589), ) | |
| MARK BROWN (#19615) and the CITY OF ) | Magistrate Judge Mason |
| CHICAGO, ) | |
| ) | |
| Defendants. ) | |

### AGREED ORDER OF DISMISSAL

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, plaintiff, Steven Wells, by one of his attorneys, Jeffrey B. Granich, and defendants, Lionel Piper, Jeffrey West and Mark Brown, by one of their attorneys, Margaret B. Carey, and defendant City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, and the parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court being otherwise fully advised in the premises, hereby incorporates the terms of the Release and Settlement Agreement herein and further orders as follows:

All of the claims of plaintiff, Steven Wells, against defendants, City of Chicago, Lionel Piper, Jeffrey West and Mark Brown, are dismissed with prejudice and with each side bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement.

Margaret A. Carey
Assistant Corporation Counsel
30 North LaSalle Street
Suite 1400
Chicago, Illinois 60602
(312) 744-6073
Attorney No. 06206693

ENTER: _____
The Honorable Milton I. Shadur
United States District Judge

DATED: June 23, 2008