IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STEVEN WELLS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 08 C 598 |
| vs. | ) |
| | ) Judge Shadur |
| CHICAGO POLICE OFFICERS LIONEL PIPER (#14650), JEFFREY WEST (#8589), MARK BROWN (#19615) and the CITY OF CHICAGO, | ) |
| | ) Magistrate Judge Mason |
| Defendants. | ) |

**FILED**
JUN 23 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

_____
Jeffrey B. Granich
Attorney for plaintiff,
Steven Wells
Law Office of Jeffrey B. Granich
53 W. Jackson Blvd., Suite 840
Chicago, Illinois 60604
(312) 939-9009
Attorney No. 6207030
DATE: 6/10/08

_____
Margaret A. Carey
Senior Counsel
Attorney for defendants,
Lionel Piper, Jeffrey West and Mark Brown
30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 744-6073
Attorney No. 06206693
DATE: 6/17/08

08 C 598

Respectfully submitted,
CITY OF CHICAGO a Municipal Corporation

MARA S. GEORGES
Corporation Counsel
Attorney for City of Chicago

BY: _____
Meghan Kennedy
Assistant Corporation Counsel
30 North LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 744-9653
Attorney No. 06283230
DATE: 6/19/2008